UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                         10-MJ-02206-MBB

LUISA HOLDEN

**COURT ORDER FOR COMPETENCY DETERMINATION PURSUANT TO 18 U.S.C. § 4241(a)**

BOWLER, MAGISTRATE JUDGE

Upon motion by the government, the court finds that a determination of the mental competency of the above-captioned defendant is required before proceeding.

Pursuant to 18 U.S.C. § 4241(b), the court hereby orders a psychiatric or psychological examination to determine competency of the defendant. Further, the court orders that the report of said examination be filed with the court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c) with copies provided to the counsel for the defendant, and to the attorney for the government, Nadine Pellegrini, Assistant U.S. Attorney.

The report shall address the determination whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent that the she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense.

Oct. 26, 2010

BY THE COURT:

*Marianne B. Bowler, USMJ*
MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE